**Carl D. MITCHELL, Petitioner–Appellant,**

v.

**Calvin CHAPPELL, Warden, Respondent–Appellee.**

**No. 15–15721.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2016.*

Filed Jan. 28, 2016.

Carl D. Mitchell, San Quentin, CA, pro se.

Laura Wetzel Simpton, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: CANBY, TASHIMA, and NGUYEN, Circuit Judges.

MEMORANDUM **

California state prisoner Carl D. Mitchell appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253. We review de novo the district court's denial of a habeas petition as untimely, *see Ramirez v. Yates,* 571 F.3d 993, 997 (9th Cir.2009), and we affirm.

In his only certified claim on appeal, Mitchell argues that the Supreme Court's decision in *Magwood v. Patterson,* 561 U.S. 320, 130 S.Ct. 2788, 177 L.Ed.2d 592 (2010), reset the one-year statute of limitations period to file a habeas petition under 28 U.S.C. § 2244(d)(1)(C). Mitchell's reliance on *Magwood* is misplaced; *Magwood* interpreted the phrase "second or successive" as used in section 2244(b), and it did not newly recognize a constitutional right that has been made retroactively applicable to cases on collateral review. *See* § 2244(d)(1)(C); *Magwood,* 561 U.S. at 331–36, 130 S.Ct. 2788.

We treat Mitchell's briefing of additional arguments as a motion to expand the certificate of appealability. So treated, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.